# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

WAYNE GROVES, et al. 06-456-C

*If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.*

Name of the attorney of record: (See RCFC 83.1(c)) Jules Bernstein

Firm Name: Bernstein & Lipsett, P.C.

Post Office Box:

Street Address: 1920 L Street, N.W., Suite 303

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 296-1798 (202) 296-7220 fax

E-mail address: chouse@bernstein-lipsett.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 0 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: V A R

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005

# ALPHABETIZED, NUMBERED LISTING OF PLAINTIFFS

1. WAYNE GROVES
2. BRIAN G. McCLUNE