IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WAYNE GROVES, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 06-456C<br>(Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 7, 2007, plaintiffs and defendant respectfully submit the following joint status report concerning the status of settlement negotiations in this case.

On February 15, 2007, plaintiffs submitted a proposed settlement agreement to defendant's counsel covering the claims of the diversion investigators at the Drug Enforcement Administration ("DEA"). Government counsel forwarded the proposal to agency counsel at DEA to obtain the agency's recommendation concerning plaintiffs' proposal, and recently received the requested recommendation. Within the coming week, Government counsel intends to submit the proposed settlement agreement to the authorized representative of the Attorney General, together with the necessary memorandum concerning the proposal, for review and approval. Government counsel had hoped to do so on or about March 30, 2007, but was unable to complete the necessary memorandum by that date. Government counsel was on leave from April 2 through April 10, 2007, in observance of Passover, and had been occupied with other pressing litigation matters since April 11, 2007. Consequently, Government counsel requires several additional days within which to complete the memorandum and submit the proposed settlement for review.

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: April 16, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: April 16, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 16th day of April 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein