# In the United States Court of Federal Claims

No. 06-456 C
(Filed June 9, 2008)

* * * * * * * * * * * * * * * * * * * * *
WAYNE GROVES, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 29, 2008, the parties filed their Joint Status Report. Although most claims have been settled in this case, driving time claims remain to be resolved. The parties report that this case should be stayed until the resolution of pending motions regarding driving time claims in *Adams v. United States*, No. 90-162 C. The court is willing to stay this case at the parties' joint request, as long as the resolution of plaintiffs' driving time claims is prioritized by counsel.

Accordingly, it is hereby **ORDERED** that:

(1) The subject matter is **STAYED** pending further order of the court; and

(2) The parties are directed to **FILE** a **Joint Status Report** on or before **August 29, 2008**, and every ninety days thereafter, informing the court of the progress on the resolution of driving time claims.

/s/Lynn J. Bush
LYNN J. BUSH
Judge