IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WAYNE GROVES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-456C<br>(Judge Lynn J. Bush) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order issued on June 9, 2008, the parties have conferred and hereby file their joint status report as follows:

The parties have settled the non-driving aspect of the instant case.

By Order of May 19, 2008, the Court suspended briefing on the Government's summary judgment motion pending disposition of the plaintiffs' motion for a continuance in Adams v. United States and consolidated cases, Case No. 90-162C. The Government responded to the motion for a continuance on May 23, 2008.

On July 31, 2008, plaintiffs filed a motion to compel production of documents in the Adams case. The Government responded to the motion to compel on August 18, 2008. Plaintiffs' reply is due on September 2, 2008.

The parties believe that the disposition of the remaining issues in Adams regarding home/work driving of the diversion investigators in that case may serve to dispose of the remaining driving issues in the instant case. Accordingly, the parties believe that the stay ordered by the Court in this case on June 9, 2008 should remain in effect pending the disposition of the referenced motions in Adams, insofar as those motions relate to claims of DEA diversion investigators.

Respectfully submitted,

s/ Jules Bernstein
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

s/ Edgar N. James
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: August 28, 2008

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes by Reginald T. Blades, Jr.
TODD M. HUGHES
Deputy Director

s/ Shalom Brilliant by Michael J. Dierberg
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: August 29, 2008